Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−27698−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Laurence Weiner
   dba Gotham Advisory Group LLC
   1809 Russet Drive
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−8680

Employer's Tax I.D. No.:
   20−3850107

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 11/30/2017 in the amount of $ 77.50 has not been received by the Clerk,

☐    The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 12/18/17 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 12/18/17.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: January 9, 2018
Time: 10:00 am
Location: Courtroom 3E
Address:   Martin Luther King, Jr. Federal Building
           50 Walnut Street
           3rd Floor
           Newark, NJ 07102

Dated: December 4, 2017

JAN: pam

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Scott Laurence Weiner
    Debtor

Case No. 17-27698-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2017
                      Form ID: oscmlfee    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
db         +Scott Laurence Weiner,    1809 Russet Drive,    Cherry Hill, NJ 08003-3331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:44    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
                                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7
           cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 4