Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−27698−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Laurence Weiner
   dba Gotham Advisory Group LLC
   1809 Russet Drive
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−8680

Employer's Tax I.D. No.:
   20−3850107

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 15, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 32
Order Granting Motion for Prospective Relief. (Related Doc # 32). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/15/2017. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 15, 2017
JAN: car

                                                                                                                               Jeanne Naughton
                                                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-27698-RG
Scott Laurence Weiner　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Dec 15, 2017
　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
db　　　　　+Scott Laurence Weiner,   1809 Russet Drive,   Cherry Hill, NJ 08003-3331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr　　　　　+E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2017 22:18:02
　　　　　　 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
　　　　　Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7
　　　　　cwohlrab@logs.com,   njbankruptcynotifications@logs.com
　　　　　Marie-Ann Greenberg     magecf@magtrustee.com
　　　　　Rebecca Ann Solarz    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
　　　　　 rsolarz@kmllawgroup.com
　　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4