| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 15-007848<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Alex - 171402015<br>Katherine Knowlton Lopez - 013502011<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Rebecca Cirrinicione - 031212012<br>Courtney A. Martin - 098782016<br>Samantha Gable - 150622016<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-7 | Order Filed on December 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>SCOTT LAURENCE WEINER DBA GOTHAM ADVISORY GROUP LLC, DEBTOR | CASE NO.: 17-27698-RG<br><br>JUDGE: HONORABLE ROSEMARY GAMBARDELLA |

## ORDER VACATING AUTOMATIC STAY
## AND PROVIDING PROSPECTIVE IN REM RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 15, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for Wells Fargo Bank, NA. as servicing agent for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 under Bankruptcy Code section 362(d)(4) and §105(a) to declare the absence of the automatic stay and providing prospective in rem relief as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** the automatic stay of 11 U.S.C. §362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

\_\_\_\_X\_\_\_     Land and premises commonly known as Lot 13.01, Block 152
Commonly known as 4 Furman Court, Mahwah, New Jersey 07430

1. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that any future bankruptcy filings within two (2) years of the entry of this Order, by the Debtor, SCOTT LAURENCE WEINER DBA GOTHAM ADVISORY GROUP LLC, or Sheri Jedell, individually or jointly, shall not invoke the automatic stay against Wells Fargo Bank, NA. servicing agent for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 and/or its assignees with regard to the property located at Lot 13.01, Block 152 Commonly known as 4 Furman Court, Mahwah, New Jersey 07430

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Laurence Weiner  
    Debtor

Case No. 17-27698-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 15, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.  
db        +Scott Laurence Weiner,   1809 Russet Drive,   Cherry Hill, NJ 08003-3331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:  
    Charles G. Wohlrab   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Rebecca Ann Solarz   on behalf of Creditor   VW Credit Inc. dba Audi Financial Services rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 4