Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−27698−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Scott Laurence Weiner
    dba Gotham Advisory Group LLC
    1809 Russet Drive
    Cherry Hill, NJ 08003

Social Security No.:
    xxx−xx−8680

Employer's Tax I.D. No.:
    20−3850107

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: slm

                              Jeanne Naughton
                              Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                Case No. 17-27698-RG
Scott Laurence Weiner                                                 Chapter 13
            Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2          Date Rcvd: Dec 21, 2017
                              Form ID: 148                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Scott Laurence Weiner,    1809 Russet Drive,    Cherry Hill, NJ 08003-3331
517040886      +Advanced Dermatology,    1200 East Ridgewood, Avenue,    Ridgewood, NJ 07450-3937
517040462     #+Affirm, Inc,   PO Box 2854,    San Francisco, CA 94126-2854
517040902      +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
517040471       Ameripath New York LLC,    c/o Dermapath Diagnostics,    PO Box 740978,
                 Cincinnati, OH 45274-0978
517040895       Cord Blood Registry,    25537 Network Place,    Chicago, IL 60673-1255
517040470      +Dermapath Diagnostics,    PO Box 629033,    El Dorado Hills, CA 95762-9033
517040467      +Hackensack Medical Center,    Po Box 48027,    Newark NJ 07101-4827
517040896      +Hughes Fire & Security,    PO Box 132,    Chatham NJ 07928-0132
517066604      +Hughes Fire & Security Systems, Inc.,    104 Summit Avenue,    Chatham, NJ 07928-2727
517040887      +International Recovery Associates, Inc,    c/o Advanced Dermatology,    PO Box 651,
                 Nesconset NY 11767-0651
517040464      +Kavanagh Animal Hospital,    190 North Franklin Turnpike,    Ramsey NJ 07446-1632
517040890       Lab Corp-LCA,    PO Box 2240,    Burlington, NC 27216-2240
517040891       Liberty Mutual,    PO Box 8400,    Dover, NH 03821-8400
517040901       Patients First,    PO Box 758941,    Baltimore,MD 21275-8941
517040469      +Paul Michael Associates,    c/o Shiel Medical Labs,    159-16 Union Turnpike Suite 302,
                 Flushing NY 11366-1955
517040889      +Premier Medical Alliance,    PO Box 105138,    Atlanta, GA 30348-5138
517040893      +Progressive Auto Insurance,    PO Box 31260,    Tampa FL 33631-3260
517040892       Progressive Auto Insurance,    Remittance Processing Center,    PO Box 8400,
                 Dover, NH 03821-8400
517040888      +Radiology Associates of Ridgewood,    20 Franklin Turnpike,    Waldwick, NJ 07463-1744
517040898      +Shapiro & Denardo,    14000 Commerce Parkway , Suite B,    Mount Laurel NJ 08054-2242
517040468       Shiel Holdings LLC,    PO Box 417240,    Boston MA 02241-7240
517040885       Strata Pathology Services,    PO Box 417436,    Boston, MA 02241-7436
517040900      +Summit Medical Group,    PO Box 14099,    Belfast, ME 04915-4034
517040899      +Township of Mahwah,    Water-Utility Department,    PO Box 733,    475 Corporate Drive,
                 Mahwah, NJ 07430-3603
517040466      +Transworld Systems Inc,    One Huntington Quadrangle, Suite 2S01,    Melville, NY 11747-4438
517070458      +VW Credit Inc. dba Audi Financial Services,    PO Box 9013,    Addison, Texas 75001-9013
517040465       Valley Hospital,    223 North Van Diem Avenue,    Ridgewood, NJ 07450-2736
517040460      +Verizon Attn Correspondence Team,    PO Box 291089,    Columbia, SC 29229-0019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:08     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 21 2017 23:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517239811       EDI: RESURGENT.COM Dec 21 2017 23:23:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517040894      +EDI: CCS.COM Dec 21 2017 23:23:00      Credit Collection Services,
                 C/o Progressive Auto Insurance,    725 Canton Street,   Norwood, MA 02062-2679
517040472      +E-mail/Text: kzoepfel@credit-control.com Dec 21 2017 23:43:10     Credit Control,
                 c/o Dermapath Diagnostics,    5757 Phantom Drive,   Suite 330,   Hazelwood, MO 63042-2429
517040463       EDI: RCSFNBMARIN.COM Dec 21 2017 23:23:00      Credit One Bank,   P.O. Box 98873,
                 Las Vegas, NV 89193-8873
517040461      +EDI: AMINFOFP.COM Dec 21 2017 23:23:00      First Premier Bank,   PO Box 5517,
                 Sioux Falls SD 57117-5517
517132500      +EDI: WFFC.COM Dec 21 2017 23:23:00      HSBC Bank USA, National Association as Trustee,
                 C/O Wells Fargo Bank, N.A.,    Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,
                 Des Moines, Iowa 50328-0001
517239803       EDI: RESURGENT.COM Dec 21 2017 23:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517164442      +EDI: JEFFERSONCAP.COM Dec 21 2017 23:23:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517047839      +EDI: RMSC.COM Dec 21 2017 23:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517040459       E-mail/Text: vci.bkcy@vwcredit.com Dec 21 2017 23:43:14     Audi Financial Services,   PO box 3,
                 Hillsboro, OR 97123-0003
517146452      +EDI: AIS.COM Dec 21 2017 23:23:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517040897      +EDI: WFFC.COM Dec 21 2017 23:23:00      Wells Fargo Home Mortgage,   PO Box 11701,
                 Newark NJ 07101-4701
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0312-2              User: admin               Page 2 of 2                  Date Rcvd: Dec 21, 2017
                                  Form ID: 148              Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
        Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7
        cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
        rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 4