Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−27698−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Laurence Weiner
   dba Gotham Advisory Group LLC
   1809 Russet Drive
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−8680

Employer's Tax I.D. No.:
   20−3850107

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 27, 2018</u>        <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court